

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00331-CV

**IN RE** Joe Wayne **SUTHERLAND**, Rodney Matocha and Tammye Duckworth as Independent Co-Executors of the Estate of Hilbur A. Mason and as Independent Co-Administrators with Will Annexed of the Estate of Beatrice J. Mason

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: August 31, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On June 2, 2022, relators filed a petition for writ of mandamus. Relators also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on June 14, 2022. After considering the petition, real party in interest's response, relators' reply, and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on June 14, 2022 is lifted.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 20-01-00010-CVK, styled *John L. Haverland vs. Hilbur A. Mason and HM Ranch Partnership*, pending in the 218th Judicial District Court, Karnes County, Texas, the Honorable Russell Wilson presiding.